UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

UNITED STATES OF AMERICA,

-against-                                                          25-cr-0592 (LAK)

GOKCE GÜVEN,

                              Defendant.

------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       This Court does not accept emails from counsel except those specifically solicited by a member of chambers staff.

       SO ORDERED.

Dated:      December 22, 2025

                                                                Lewis A. Kaplan
                                                         United States District Judge