UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

                    -against-                                              25-cr-0592 (LAK)

GÖKÇE GÜVEN,

                              Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                                   **ORDER**

LEWIS A. KAPLAN, *District Judge.*

   During defendant's appearance on January 6, 2026, her counsel stated that the defendant did not at that time anticipate making any motions in this case and specifically consented to the Court setting a deadline for the filing pretrial motions as January 12, 2026.  Tr., Jan. 6, 2026, at 14-15.  The Court did not then set such a schedule.

   In the circumstances, pursuant to Fed. R. Crim. P. 12, the deadline for defendant to make pretrial motions in this case is fixed as January 16, 2026.

   SO ORDERED.

Dated:  January 13, 2026

               _____
                 Lewis A. Kaplan
               United States District Judge