**quinn emanuel** trial lawyers | new york

295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7083**

WRITER'S EMAIL ADDRESS
**scotthartman@quinnemanuel.com**

February 25, 2026

Granted and So-ordered.

_/s/ R_____
Robert W. Lehrburger, USMJ

February 25, 2026

VIA E-MAIL

The Honorable Katharine Parker
United States Magistrate Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

Re:   United States v. Gökçe Güven, 25 Cr. 592 (LAK)

Dear Judge Parker:

      On behalf of Ms. Güven, we respectfully request that the bond in this matter be modified to remove Marise Saldanha as a co-signer and to replace her with Frazier Horn. The Government does not object to this request and has approved Mr. Horn as an alternate co-signer.

Very truly yours,

/s/ Scott A. Hartman

Scott A. Hartman

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DUBAI | HAMBURG | HONG KONG | HOUSTON |
LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | RIYADH | SALT LAKE CITY | SAN FRANCISCO |
SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH