UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

-against-                                                              25-cr-0592 (LAK)

GÖKÇE GÜVEN,

                              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/17/2026__

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

The hearing previously scheduled for March 18, 2026 is adjourned *sine die.*

SO ORDERED.

Dated:        March 17, 2026

                                                    _____
                                                    Lewis A. Kaplan
                                                    United States District Judge