

Clement & Murphy PLLC

March 25, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-26-26

**VIA CM/ECF**

Hon. Lewis A. Kaplan
District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: *United States v. Guven*, 1:25-cr-0592

Dear Judge Kaplan:

    Due to a technical error, my former U.S. Attorney's Office address and current address at Clement & Murphy, PLLC are both listed on the docket. I am currently employed in private practice at Clement & Murphy. The Clerk's Office has informed me that they cannot take action to remove the outdated U.S. Attorney's Office address without a court order to that effect. I thus respectfully request that the court strike my U.S. Attorney's Office address from the docket.

            Respectfully,

            s/Danielle R. Sassoon
            Danielle R. Sassoon
            CLEMENT & MURPHY, PLLC
            767 Fifth Avenue, 15th Floor
            New York, NY 10153
            (202) 742-8900
            danielle.sassoon@clementmurphy.com

            *Counsel for Defendant*

Cc: All Counsel of Record

            SO ORDERED

            LEWIS A. KAPLAN, USDJ

            7/26/26