UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

        -against-

25-cr-0592 (LAK)

GÖKÇE GÜVEN,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

Trial shall commence on September 14, 2026, at 9:30 a.m.

SO ORDERED.

Dated:      March 27, 2026

          /s/      Lewis A. Kaplan
_____
          Lewis A. Kaplan
      United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/2026