**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

GÖKÇE GÜVEN,

Defendant.

---------------------------------------------------------------------X

**25 CR 592 – 01 (LAK)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

The Court is in receipt of Petitioner Tunc Yildirim's opposition to the Government's motion to dismiss. The Court shall consider Docket Number 93 as filed timely, *nunc pro tunc*, and the Government's deadline to file its reply is extended to November 13, 2026. The Court has not received Petitioner Cem Yildirim's opposition to the Government's motion or a request for an extension to his deadline. In consideration of his *pro se* status, the Court *sua sponte* extends Petitioner Cem Yildirim's deadline to oppose the Government's motion to November 13, 2026. The Government's reply (should any be necessary) shall be due by November 27, 2026.

**SO ORDERED.**

DATED: New York, New York
October 30, 2026

[signature]

The Honorable Gary Stein
United States Magistrate Judge